# United States District Court
## Southern District of Georgia

TELLEY L. MCLEMORE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-45

APRIL C. HENRY;

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 28, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, the Plaintiff's Complaint is dismissed. This case stands closed.

Approved by: _____

| November 8, 2019 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |